# NOVEMBER 15, 1933

BERT GREEN V. THE STATE.

No. 16406.   Delivered November 15, 1933.
Reported in 64 S. W. (2d) 971.

The opinion states the case.

*Robert P. Brown,* of San Angelo, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

HAWKINS, JUDGE.—Conviction is for theft, punishment being assessed at two years in the penitentiary.

It is made known to this court by affidavit of the sheriff of Scurry county, in whose custody appellant was pending the appeal, the appellant has escaped and is still at large on the

4th day of November, 1933. Under the provisions of articles 824 and 825, C. C. P., the jurisdiction of this court no longer attaches, and the appeal is dismissed.

*Appeal dismissed.*